**93–800.** State v. Shoop. *Hancock County,* No. 5–92–14. Reported at 67 Ohio St.3d 1478, 620 N.E.2d 851. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**93–957.** State v. Bedford. *Hamilton County,* No. C–840850. Reported at 67 Ohio St.3d 1509, 622 N.E.2d 656. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**93–995.** State v. Rausch. *Cuyahoga County,* No. 51329. Reported at 67 Ohio St.3d 1463, 619 N.E.2d 698. On motion for rehearing. Rehearing denied.